AO 245D     (Rev. 09/13) Judgment in a Criminal Case for Revocations
                Sheet 1

# UNITED STATES DISTRICT COURT

Southern    District of    Indiana

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| DANA SMITH | |

Case No.    3:13CR00043-001
USM No.    11767-028

Jake Warrum
*Defendant's Attorney*

**THE DEFENDANT:**

☒ admitted guilt to Violation Number(s)    1 - 5    of the petition (Prob. 12C).

☐ was found in violation of Violation Number(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Criminal Conduct | 07/15/2015 |
| 2 | New Criminal Conduct | 07/30/2015 |
| 3 | New Criminal Conduct | 10/02/2015 |

The defendant is sentenced as provided in pages 2 through    2    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated Violation Number(s) _____ and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.    4295

Defendant's Year of Birth:    1992

City and State of Defendant's Residence:

Henderson, Kentucky

3/2/2016
Date of Imposition of Judgment

*/s/ Richard L. Young*

RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

3/10/2016
Date

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana

By */s/ Dina M. Doyle*
Deputy Clerk

AO 245D    (Rev. 09/13) Judgment in a Criminal Case for Revocations
               Sheet 1A

Judgment — Page 1.01 of 2

DEFENDANT: DANA SMITH  
CASE NUMBER: 3:13CR00043-001

## ADDITIONAL VIOLATIONS

| | | |
|---|---|---|
| 4 | New Criminal Conduct | 10/02/2015 |
| 5 | Failure to Notify USPO of New Arrest Within 72 Hours | 10/02/2015 |

AO 245D    (Rev. 09/13) Judgment in a Criminal Case for Revocations
           Sheet 2 — Imprisonment

Judgment — Page 2 of 2

DEFENDANT:   DANA SMITH
CASE NUMBER:   3:13CR00043-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : 20 months, 10 months concurrent and 10 months consecutive to sentence imposed in Vanderburgh County Cause Numbers 82D03-1510-F5-6010 and 82D03-1510-F4-6151

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL